# EXHIBIT A

Judge May:

I married my husband Nick in 1969 and although I was born and raised in California I followed him to Pennsylvania and then to Atlanta and after 47 years of marriage I never had any regrets.

All marriages have their ups and downs but I always had the love and respect from my husband ……..I was never mistreated either physically or mentally nor did he ever mistreat any family member , friends or strangers………on the contrary he was well liked, loved, social and entertaining………..

Nick began coaching softball when our daughter was young and continued even after she aged out………on his own he participated in numerous educational classes and attended various seminars on the sport and what started out as a pastime activity became a passion. He became a highly respected and successful coach in the softball community and although he later established a "nominal training business" he took satisfaction in being able to develop the skills for a player to compete with confidence in the game and showcase their talents that allowed many to gain college scholarships.  He gave much of his time to the community and often assisted monetarily (even though we were not that well off) to enable players to participate on the costly travel teams and/or to be able to take individual lessons, etc.

Nick was respected as a trusted and active member of his community.  My guess is he touched the lives of hundreds of young athletes in a very positive way.  Many of those athletes that he personally promoted into college scholarships are now graduates with young families.  Some even had Nick train their daughters in softball, knowing they could trust his experience and behavior.

What is happening now was from just a *very* small part of him – something that was hidden from me, an activity that he privately engaged in, in the privacy of our home on a password protected computer. He never intended to distribute anything. He accidently failed to remove files that were intercepted by authorities.

I don't excuse what he did but to me he has already paid a very heavy price…..he feels that he has disgraced his family and is embarrassed to go out in public. He will only occasionally leave the house for maybe a brief run to get a haircut or a doctor/dentist appointment; most former friends and acquaintances are now non-existent; but most importantly it's sad to see that his passion for teaching/developing the talent for those players is now no longer an option and his future will be tainted forever.

This was to be the time in our lives – our retirement years – when we enjoyed the company of each other, our family and friends. I will now have to struggle both financially and emotionally with his absence.

I can only ask with my open heart for lenience in his punishment. For as I said, while prison may be likely, the punishment he has already received in losing his place in society, embarrassing his family, and breaking my heart surely has aged and hurt him deeply.

Sincerely,

Carmen Mazza

5451 Pegamore Creek Way

Powder Springs, GA

February 22, 2015

To Whom It May Concern:

We are the parents of two girls, Sydney and Madison, ages 18 and 15. My husband and I first met Coach Nick Mazza when our youngest daughter, Madison, was in the first grade. We signed her up for a week-long softball camp run by Coach Nick. My husband observed the entire 4 day camp. He was immediately impressed with Coach Nick's knowledge of the sport and his rapport with the girls. The girls learned a lot that week and had fun at the same time.

Not long after that, we moved closer to Lost Mountain Park, where Madison began to play softball. We didn't see Coach Nick for several years. As Madison progressed through softball, we decided that she needed a batting coach. The first person who came to mind was Coach Nick.

We contacted Coach Nick and set up lessons. For more than a year, we met with Coach Nick on a weekly basis. He was an excellent coach. He mentored Madison, now 12, on more than just how to hit a ball. He talked to her about the importance of school and grades if she wanted to go far in softball. He boosted her self-confidence.

Madison became good friends with Coach Nick and began to help him out with lessons for other girls. She would run the pitching machine and collect balls from the field. We had absolute confidence in Nick and would drop Madison off at the field where she would sometimes stay for 8 hours or more. On one occasion, Madison accompanied Coach Nick to Abraham Baldwin College to pick up a former student and bring her back home to Powder Springs. There was never any hint of impropriety and Madison always felt completely safe.

At some point, our older daughter also began to help out Coach Nick with lessons. She also spent a great deal of time with him on the softball field. Sydney struggled through high school but always wanted to go college. Coach Nick encouraged her, telling her that there is a place for everyone and not to give up.

The girls went to dinner with him and went to his home and met his wife. Although we never doubted that the girls were safe with Nick, you can never be too careful with young daughters. We would frequently question the girls after their visits to ask what they had done, etc. They loved Coach Nick as a grandfather and no trust was ever broken.

We consider Coach Nick to be a close family friend. He helped to motivate our daughters and boost their self-confidence. He helped Madison get on a softball team, The Titans, which she was struggling to get onto. He rode with Dennis to some of Madison's try-outs in order to observe and to help her. He watched numerous games and even drove over an hour once to watch one of Sydney's soccer games in below zero temperatures.

We observed Coach Nick's character to be above reproach and the morals he taught our girls were welcome and appreciated. Every interaction we observed with Coach Nick and other parents and players was positive and encouraging.

Sincerely,

*Susan Tucker*

Susan Tucker

*[signature]*

Dennis Tucker

To whom it may concern;

I have known Nick Mazza for a few years. He was my daughter's batting instructor during the time of Sept/Oct 2012 through June 2014. We would see him sometimes weekly then fewer in the winter months. We would communicate at least twice a month. I was almost always with her when she was receiving lessons. I did occasionally run an errand and leave them working but since it was far from my home, I would stay. I also stayed because I wanted to learn what was going on with her swing. There were a couple of times I had someone take her out there but they also stayed.

Nick was always professional with me and my daughter. Yes, there were times where we would joke around, but I never felt in any way that anything inappropriate would happen with my daughter or myself, or anyone else.

Nick did a lot of good things for adults and kids. He is a man who wants the best for people. He would help kids with lessons who really couldn't afford lessons because that is the kind of person he is. He helped countless people out whether giving them a job since they had been laid off, or letting kids work for free lessons. He gave some softball bats for all their hard work, gave money to kids who would hit their 1st over the fence home run. He didn't do this job for the money. He did it because he loved the game of softball and loved to see kids improve. He wanted everyone to love the game of softball. He didn't just care about them on the field either, he also wanted to know what was going on in their life. He showed true concern and passion for his students. At times when kids wouldn't come back, for whatever reason, and he knew he could help them get better he would mention it. He just wanted to help people.

The news painted a terrible picture of Nick. They do that because they want people to watch the news and pull people into negative things. He isn't this horrible man that they have painted a picture of. What he did was/is absolutely 100% WRONG and it makes me sick to my stomach. Nick is a good man that made a bad decision and it continued on a bad path. I'm sure he is remorseful not because he got caught but because he knows it was wrong but got addicted to the the wrong thing.

Nick, God still loves you.

Take care, Beth Williams

March 1, 2015

To Who It may Concern,

I have known Nick Mazza for roughly 3 years and have used him as a Hitting Instructor for my daughter for roughly 1 1/2 years. During that time frame, I encountered only the utmost courteous and professional experience one would expect from a hitting coach.

Coach Nick, always had his students future goals of playing college softball in the forefront.. Nick consistently would ask the girls about their college preferences and always ask about how their grades were, etc. I also witnessed acts of generosity towards families who struggled to afford lessons. Our daughter excelled in batting while attending lessons with Coach Nick.

If you have any questions regarding my experience with Coach Nick, I can be reached at the following:

770-961-3861

I must stress I will only answer questions regarding my experiences as it pertains to Coach Nicks character as it relates to the game of softball and as a hitting instructor.

Sincerely,

David Hess

Tyrone Blessitt

I have known Nick Mazza for 29 years – I first met him as an employee of Frantz Garage Doors – I was originally hired thru a temporary service as a warehouse worker – at this time I was a drug addict and an alcoholic. After working for him for eight months he hired me on as a full time employee……after six months I confessed to him that I had an addiction and was an alcoholic. Instead of terminating me he told me to find a place that I could get help and he would take care of everything – I checked in to PeachFord Rehabilitation and stayed there for six weeks…after three weeks Nick came to visit me - I asked what he was doing here and he said "I watched my father die as an alcoholic I'm not going to watch you die".

After I got out I went to his office – one of my goals was to be a "truck driver" - he paid a guy to teach me to drive a truck and trusted me – a black man just out of rehab – with $500 a week for expenses to do the warehouse deliveries. At this time I also had no credit – he took me to a local bank and co-signed for a loan. We placed that money in a CD and paid back the loan to establish credit.

One time when I was visiting him he asked how my finances were and I confessed that I was a little behind in some payments – he walked out of the room and came back with a check for $5000 and said to get the "creditors off your back"…. I paid him back in monthly installments but he was a person who gave without being asked.

My father left me when I was five. Nick was a father figure and mentor to me. He taught me about finances, how to run a warehouse, how to be an office supervisor, how to speak, how to handle myself. He told me that if I ever needed a place to stay I always had a room.

I would not be where I am today if Nick had not been in my life. I have been "clean" for 28 years and I base my actions/decisions on "what would Nick think".

*[signature]*

770 - 855 - 3808

# TIMOTHY AND BEVERLY STATLER

February 20, 2015

Mr. and Mrs. Timothy Statler Sr.
911 Monroe Street
Freemansburg, Pa. 18017

To Whom it may concern.

My Wife and I are writing this letter on the behalf of our very good friend, Nick Mazza. We have heard of the allegations Nick has been charged with. I (Tim) have grown up, graduated, and join the Marine Corp. with Nick. After I met my wife (Beverly) We continue to have a very close friendship with Nick and his family. After our children were born Nick became their God father. Combined we have known and spend over 50 years with our friendship. We have never known or seen any inappropriate behavior from Nick. Our Children have always Loved and respected him. They Call him uncle Nick. My family spent many summers in Atlanta Ga. Nick and his family came on many vacations with our family. My wife and I Have never had a second thought about leaving our Son or Daughter alone with Nick. He has and still is a role model in their lives. We have a soon to be two year old granddaughter and would trust Nick with her. Nick has an addiction just like many addiction and kept it to himself. We both feel Nick needs counseling, Spending time in prison is not the answer. This is a good Man we have known and will continue to have in our lives. My wife and I ask you to look beyond the allegations and see The real Nick. We ask that you give him the help he needs and deserves. Nick stood up and went into the service for his country. We stand behind our friend Nick. Thank you for taking the time to read our letter.

Sincerely,

*Timothy Statler Sr.*

*Beverly Statler*