IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NICHOLAS MAZZA, | : | |
| | : | MOTION TO VACATE |
| | : | 28 U.S.C. § 2255 |
| Movant, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:18-CV-0423-LMM-JFK |
| | : | |
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | 1:14-CR-0446-LMM-JFK-1 |
| | : | |
| Respondent. | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [63]. No objections have been filed in response to the R&R. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the R&R for clear error and finds none. Accordingly, the Court **ADOPTS** the R&R as the opinion of the Court. Movant's Motion to Vacate [54] is **DENIED** and **DISMISSED** as untimely, and a certificate of appealability is **DENIED**.

**IT IS SO ORDERED** this 9th day of August, 2018.

_____
**Leigh Martin May**
**United States District Judge**